G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
STEPHANIE BENNETT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE BENNETT<br><br>Plaintiff,<br><br>vs.<br><br>PERFORMANT RECOVERY, INC.; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 14-cv-00055-JGB-SP<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 41a(1), Plaintiff, STEPHANIE BENNETT, by and through her attorneys, hereby voluntarily dismisses the above-entitled case with prejudice.

                                           RESPECTFULLY SUBMITTED,

DATED:  March 14, 2014        PRICE LAW GROUP APC

                                       By: /s/ G. Thomas Martin, III
                                               G. Thomas Martin, III
                                               *Attorney for Plaintiff*

- 2 -

## CERTIFICATE OF SERVICE

I certify that a copy of this document was mailed or electronically delivered to the persons listed below:

PERFORMANT RECOVERY, INC.
c/o CT CORPORATION SYSTEM
818 W 7TH STREET
LOS ANGELES CA 90017

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III